IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| INFELLS OKOLOJI, | No. 4:23-CV-00803 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| MATTHEW DANNER *et al.*, | |
| Defendants. | |

## ORDER

### OCTOBER 19, 2023

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. The above captioned action is **DISMISSED** pursuant to Fed.R.Civ.P. 41(b) for Plaintiff's failure to prosecute and to comply with Local Rules of Court.

2. The Clerk of Court is directed to **CLOSE** this case.

3. Any appeal will be deemed frivolous, lacking merit, and not taken in good faith.[1]

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge

---

[1] *See* 28 U.S.C. § 1915(a)(3).